**Order entered September 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00406-CR

**LEONEL MORENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-12595-P**

## ORDER

The Court **REINSTATES** the appeal.

On August 18, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 1, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 18, 2015 order requiring findings. We **ORDER** the reporter's record filed as of the date of this order.

Appellant's brief is due within thirty days of the date of this order.


        /s/     ADA BROWN
              JUSTICE